# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| NICK DUVALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:17-cv-269<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the Plaintiff, NICK DUVALL, through its undersigned counsel, hereby gives notice of its voluntary dismissal without prejudice of Defendant AMERICAN NATIONAL INSURANCE COMPANY, from this action.

Plaintiffs commenced this action on September 7, 2017. A Notice of Dismissal is appropriate, and a Court order is not required as Defendants have not yet answered nor filed a motion for summary judgment. *See* Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, American National Insurance Company may be dismissed upon Plaintiff filing this notice.

Dated this 7th day of December 2017

                                              Respectfully Submitted,

                                              **Hughes Ellzey, LLP**

                                              */s/ Jarrett Ellzey*
                                              Jarrett L. Ellzey
                                              Texas Bar No. 24040864
                                              W. Craft Hughes
                                              Texas Bar No. 24046123
                                              2700 Post Oak Blvd., Ste. 1120
                                              Houston, Texas 77056
                                              Phone: (713) 554-2377
                                              Fax: (888) 995-3335
                                              Email:jarrett@hughesellzey.com
                                                  craft@hughesellzey.com

                                              **ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS**

## CERTIFICATE OF SERVICE

On December 7, 2017, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. Defendant has not answered or otherwise appeared in this case; however, the undersigned has corresponded with Defendant via email and will provide a file-stamped copy of this notice upon filing.

/s/ Jarrett Ellzey
Jarrett L. Ellzey